```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:23-00083

JAMES EVANS HUGHES

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for a continuance of the trial and case related action in this matter. (ECF No. 19.)  In support of defendant's motion, counsel for defendant explains that significant time is needed for counsel and Mr. Hughes to review the discovery material thoroughly and independently, confer regarding the same, as well as conduct significant investigation and necessary research before determining what pretrial motions, if any, need to be filed on his behalf.  The government does not oppose a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to September 22, 2023;

2. The Pretrial Motions Hearing is continued to October 3, 2023, at 1:30 p.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by November 7, 2023;

4. Trial of this action is continued to November 14, 2023, at 9:30 a.m. in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 3rd day of August, 2023.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge