IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 2:23-00083

JAMES EVANS HUGHES

### MEMORANDUM OPINION AND ORDER

Pending before the court is the unopposed motion of the defendant James Evans Hughes to continue the pre-trial motion deadline for four days, until Tuesday, January 30, 2024. (ECF No. 39.)  For good cause shown the motion is **GRANTED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 25th day of January, 2024.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge