IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                         CRIMINAL CASE NO. 2:23-cr-00083

JAMES EVANS HUGHES

## MEMORANDUM OPINION AND ORDER

Pending before the court are defendant's pro se motions for new counsel.  (ECF Nos. 54-58).  On July 16, 2024, the court held a hearing on defendant's motions.  For reasons placed on the record at the hearing, the court **GRANTED** defendant's motions to have new counsel appointed.  Having previously found defendant to be indigent and entitled to appointed counsel under the Criminal Justice Act, the court **APPOINTS** Tim Carrico, Esq. as counsel for defendant.

The Clerk is directed to send a copy of this Order to Mr. Carrico, the other counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to the CJA Supervising Attorney.

**IT IS SO ORDERED** this 18th day of July, 2024.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge