IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 2:23-00083-001

JAMES EVANS HUGHES

**MEMORANDUM OPINION AND ORDER**

The defendant has filed several pro se motions asking the court to appoint counsel to aid him in filing a motion for compassionate release. See ECF Nos. 92 and 93. Additionally, the court is in receipt of a letter dated June 20, 2025, in which he renews his request for counsel and asks for compassionate release. Because of the sensitive nature of certain information in that filing, the court **DIRECTS** the Clerk to file it **UNDER SEAL** as an exhibit to this Order.

Defendant does not need an attorney to file a motion for compassionate release. Accordingly, the court has construed defendants' filings as motions for compassionate release. The court hereby **ORDERS** the government to file a response to defendant's motions on or before December 8, 2025. The government should be given access to the letter of June 20, 2025, filed under seal and referred to herein. Defendant has until December 8, 2025, to file any additional information in support of compassionate release.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, defendant, and the Probation Office of this court.

It is SO ORDERED this 4th day of November, 2025.

ENTER:

David A. Faber
Senior United States District Judge